# Court of Appeals
# of the State of Georgia

ATLANTA,    May 16, 2012

*The Court of Appeals hereby passes the following order:*

**A12A0493. JONES v. THE STATE.**

Following the denial of his motion for new trial, Tchywaskie Jones appeals his conviction for aggravated assault and violation of the Georgia Street Gang Terrorism and Prevention Act. OCGA § 16-15-1 et seq. In part, Jones's appeal challenges the constitutionality of the Street Gang Act as written and as applied to him.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996); Ga. Const. of 1983, Art. VI, Sec. VI, Para. II. Because Jones's appeal involves a novel challenge to the constitutionality of OCGA § 16-15-9, it is hereby TRANSFERRED to the Supreme Court for disposition. Georgia Constitution of 1983, Art. VI, Sec. I, Para. IV; see also *Atlanta Independent School System*, supra (Supreme Court generally has jurisdiction where "the issue raised on appeal relates either to the constitutional construction or to the constitutionality of a law, ordinance or constitutional provision").



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/16/2012
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*